S. B. Turner, for plaintiff in error.    Robert E. Crowe and Edward E. Wilson, for defendant in error.

Mr. Justice Matchett delivered the opinion of the court.

---

**Peter C. McArdle, appellee, v. City of Chicago et al., appellants. Gen. No. 26,403.**

Judgment in mandamus directing the restoration of petitioner to office and the appropriation of money for his salary and payment of same. Appeal from the Circuit Court of Cook county; the Hon. Oscar M. Torrison, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1920. Affirmed. Opinion filed May 5, 1921.

Samuel A. Ettelson, for appellants; George Kandlik, Leon Hornstein and Henry T. Chace, Jr., of counsel. E. J. McArdle and John A. Watson, for appellee.

Mr. Presiding Justice Taylor delivered the opinion of the court.

---

**Fannie Ornstein, appellee, v. S. S. Morrison, appellant.    Gen. No. 26,409.**

Action for personal services as a nurse. Judgment for plaintiff. Appeal from the County Court of Cook county; the Hon. F. J. Campbell, Judge, presiding. Heard in this court at the October term, 1920. Affirmed. Opinion filed May 16, 1921.

Andalman & Cohen and Philip B. Leviton, for appellant. Taylor, Miller & Plamondon, for appellee; Lloyd A. Faxon, of counsel.

Mr. Presiding Justice Holdom delivered the opinion of the court.

---

**Stanley Kula and Frank Kubasiak, appellees, v. Jan Zawierucha and Aniela Zawierucha, appellants.    Gen. No. 26,417.**

Motion to open a judgment rendered by confession and to permit a defense. Motion denied. Appeal from the Municipal Court of Chicago; the Hon. Charles A. Williams, Judge, presiding. Heard in this court at the October term, 1920. Reversed and remanded with directions. Opinion filed May 16, 1921.

Mark J. McNamara, for appellants.    Stephen R. Carynski, for appellees.

Mr. Presiding Justice Holdom delivered the opinion of the court.

---

**George Busch, appellee, v. Yellow Cab Company, appellant.    Gen. No. 26,437.**

Action for personal injuries. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Thomas G. Windes, Judge, presiding. Heard in this court at the October term, 1920. Reversed and remanded. Opinion filed May 16, 1921.

John A. Bloomingston, for appellant. Ernest C. Reniff, for appellee.

Mr. Presiding Justice Holdom delivered the opinion of the court.

---

**Chicago Herald Company, appellee, v. Martin Larson, appellant. Gen. No. 26,443.**

Suit upon advertising contracts. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. William N. Gemmill, Judge, presiding. Heard in this court at the October term, 1920.

Affirmed. Opinion filed May 16, 1921. Rehearing denied May 31, 1921.

George H. Kriete, for appellant. Berezniak, Dittus & Coler, for appellee.

Mr. Presiding Justice Holdom delivered the opinion of the court.

---

**L. W. Dimsdale, appellee, v. Reuben J. Botkin, appellant. Gen. No. 26,488.**

Suit upon a promissory note with an attachment in aid upon defendant's automobile. Attachment sustained and judgment on the merits for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Perry L. Persons, Judge, presiding. Heard in this court at the October term, 1920. Reversed and remanded. Opinion filed May 16, 1921.

Charles G. Hendricks, for appellant. Jose W. Hoover, for appellee.

Mr. Presiding Justice Holdom delivered the opinion of the court.

---

**James Turner, appellee, v. Robert Catherwood, appellant. Gen. No. 26,526.**

Action for money due. Attachment issued in aid of the suit and garnishee summoned. Attachment sustained. Judgment against defendant on default and judgment entered against the garnishee. Appeal from the Municipal Court of Chicago; the Hon. Charles F. McKinley, Judge, presiding. Heard in this court at the October term, 1920. Reversed and remanded with directions. Opinion filed May 16, 1921.

Lighthall, Dankowski & Carlson, for appellant. No appearance for appellee.

Mr. Presiding Justice Holdom delivered the opinion of the court.

---

**Benold Stern, administrator of the estate of Harris Stern, deceased, appellee, v. Artesian Limestone Company, appellant. Gen. No. 26,263.**

Action upon a contract for the sale and delivery of scrap iron. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. John J. Rooney, Judge, presiding. Heard in this court at the October term, 1920. Reversed and judgment here. Opinion filed May 16, 1921.

Tolman, Redfield, Sexton & Chandler, for appellant; William H. Sexton, Henry P. Chandler and Howard B. Bryant, of counsel. Gustav E. Beerly and John R. McCabe, for appellee; Ellis S. Chesbrough, of counsel.

Mr. Justice Dever delivered the opinion of the court.

---

**Thomas Jasper, trading as Edgar L. Jayne & Company, appellee, v. William G. McAdoo, director general of railroads, appellant. Gen. No. 26,281.**

Suit for damages sustained by the freezing of mineral water delivered to defendant for carriage. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. William N. Gemmill, Judge, presiding. Heard in this court at the October term, 1920. Reversed with a finding of facts. Opinion filed May 16, 1921.

Winston, Strawn & Shaw, for appellant; Frank H. Towner and Guy A. Gladson, of counsel. Howard H. McCormick, for appellee.

Mr. Justice Dever delivered the opinion of the court.